IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BETH FARMER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 11-cv-569-JPG-SCW |
| | ) |
| **CASEY'S RETAIL COMPANY, a/k/a** | ) |
| **CASEY'S GENERAL STORE and** | ) |
| **LORI FORSYTHE,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  February 2, 2012

**NANCY ROSENSTENGEL, Clerk of Court**

**BY:s/Deborah Agans, Deputy Clerk**

APPROVED:   *s/J. Phil Gilbert*
                      J. PHIL GILBERT
                      U. S. DISTRICT JUDGE